UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WELCH,<br>　　　　Plaintiff,<br>　　v.<br>MERIL AVERIL RUIZ, et al.,<br>　　　　Defendants. | Case No. 18-cv-01283-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Anthony Welch, pro se, has not yet paid the $400 filing fee for this case. The Clerk issued a notice of non-payment on April 6, 2018 advising Welch that if he did not pay the fee within two business days, the case would be subject to termination. Welch is hereby ORDERED TO SHOW CAUSE why the case should not be dismissed for failure to pay the filing fee. Welch may file a response to this order no later than May 3, 3018. The Court finds this matter suitable for resolution without oral argument and declines to set a hearing on the issue of the filing fee.

**IT IS SO ORDERED.**

Dated: April 19, 2018

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge