IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY WELCH,

    Plaintiff,

v.

MERIL AVERIL RUIZ and ALLSTATE INSURANCE,

    Defendants.

No. C 18-01283 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS**

On July 18, Magistrate Joseph Spero filed a report and recommendation to dismiss this action without prejudice for failure to pay the filing fee (Dkt. No. 15). Any objections to Judge Spero's report and recommendation were due by August 1, 2018. As of the date of this order, no objection has been filed. The Court has reviewed and hereby **ADOPTS IN FULL** Judge Spero's report and recommendation. Accordingly, this action is **DISMISSED**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 7, 2018.

                                                          WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE